UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                            S1 25 CR 460 (PKC)

          -against-

                                                            ORDER

TOMAS MORALES,

                         Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

          Upon the application of defense counsel, consented to by the government,

the status conference previously scheduled for February 24, 2026 is adjourned until March

24, 2026 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  My reasons for this finding are that the grant of the

continuance is needed to allow the defense to continue reviewing discovery and for the

parties to continue discussing possible pretrial dispositions.  Accordingly, the time between

today and March 24, 2026 is excluded.

          SO ORDERED.

                                        _____
                                             P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          February 17, 2026