UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    S1 25 CR 460 (PKC)

                -against-

                                                                    ORDER

TOMAS MORALES,

                        Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government,

the pretrial conference previously scheduled for March 24, 2026 is adjourned until May 5,

2026 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  My reasons for this finding are that the grant of the

continuance is needed to permit the parties to continue plea negotiations about a potential

pretrial resolution.  Accordingly, the time between today and May 5, 2026 is excluded.

        SO ORDERED.

                                        _____
                                                P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
        March 19, 2026