UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    S1 25 CR 460 (PKC)

                    -against-

                                                                    ORDER

TOMAS MORALES,

                              Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel,

the pretrial conference previously scheduled for May 5, 2026 is adjourned until July 8,

2026 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  My reasons for this finding are that the grant of the

continuance is needed to allow the parties to discuss a potential resolution of this case.

Accordingly, the time between today and July 8, 2026 is excluded.

        SO ORDERED.


                                        _____
                                                P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
            April 30, 2026