UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

S1 25 CR 460 (PKC)

-against-

ORDER

TOMAS MORALES,

Defendant.

-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of defense counsel, consented to by the government, a plea hearing is scheduled for January 13, 2027 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reason for this finding is that the grant for the continuance is because of Mr. Morales's ongoing medical condition. Accordingly, the time between today and January 13, 2027 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 21, 2026